# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Larry Mitchell Sullivan<br><br>Debtor(s). | C/A No. 22-01756-hb<br>Chapter 13<br><br>**ORDER LIFTING<br>THE AUTOMATIC STAY** |

This matter is before the Court on the certification of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ("Movant") that Debtor(s) did not comply with the settlement order entered by the Court on January 20, 2023 by failing to make required payments, as follows: July 23, 2023 stipulation payment and the August 23, 2023 through January 23, 2024 regular monthly mortgage payments.  Movant has waived any claim arising under 11 U.S.C. §§ 503(b) and 507(b).  Based upon the certification of Movant, the stay is lifted as to 409 Simpson Street, Westminster, SC 29693.  Movant may send any required notice to the Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**01/29/2024**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 01/29/2024